UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

SHORES GLOBAL, LLC,   Case No. 21-20623-CIV-SINGHAL

   *Plaintiff,*

   v.

ANDREAS KRENZEN,

   *Defendant.*

_____/

## JOINT NOTICE OF EXECUTED SETTLEMENT TERM SHEET

Plaintiff, Shores Global, LLC, and Defendant, Andreas Krenzen, hereby give notice that they have executed a settlement term sheet on September 19, 2024, addressing the claims in this action.

The parties are in the process of formalizing this term sheet into a comprehensive settlement agreement.

The parties inform the Court that a joint stipulation for dismissal will be filed once a more formal settlement agreement is finalized and executed. The parties further notify the Court that the settlement expressly contemplates and provides for this Court retaining jurisdiction to enforce the terms of the settlement agreement once it is finalized and executed.

By: /s/ *Hubert Menendez*
Hubert G. Menendez, Esq.
Florida Bar Number: 1017910
The Law Office of Moises A. Saltiel,
P.A. d/b/a Saltiel Law Group
201 Alhambra Circle, Suite 1050
Coral Gables, Florida 33134
Phone: 305-735-6565
Email(s): Service@SaltielLawGroup.com

By: *Alan Perlman*
Alan J. Perlman, Esq.
Florida Bar Number: 826006
Dickinson Wright PLLC
350 East Las Olas Boulevard, Ste. 1750
Fort Lauderdale, FL 33301
Phone: 954-991-5420
Email(s): aperlman@dickinsonwright.com
Catherine Hoffman
Florida Bar Number: 828459
Baker Donelson
200 E. Broward Blvd., Ste 2000
Fort Lauderdale, FL 33301
choffman@bakerdonelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served with the Clerk of Court and on all counsel of record via CM/ECF on this 19th day of September 2024.

By: /s/ *Hubert Menendez*
Hubert Menendez, Esq.
Florida Bar Number: 1017910
The Law Office of Moises A. Saltiel, P.A.
d/b/a Saltiel Law Group
201 Alhambra Circle, Suite 1050
Coral Gables, Florida 33134
Phone: 305-735-6565
Fax: 305-390-1655
Email(s): Service@SaltielLawGroup.com